**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

GARY LEE BRAGG,                             )
                                            )
              Plaintiff,                    )
                                            )
v.                                          )        No.    3:23-CV-205-KAC-JEM
                                            )
LT. MILLER and CC JOHNSON,                  )
                                            )
              Defendants.                   )

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court

**DISMISSED** this action under Federal Rule of Civil Procedure 41(b). The Court also

**CERTIFIED** that any appeal would not be taken in good faith, and **DENIED** Plaintiff leave to

appeal *in forma pauperis* should he file a notice of appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R.

App. P. 24. No issues remain in this action, so the Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

**ENTER:**

                                    s/ Katherine A. Crytzer
                                    KATHERINE A. CRYTZER
                                    United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
      CLERK OF COURT